UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: ROMAN LANDA, | § | Case No. 09-37176 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on July 6, 2010 in Courtroom 742**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL  60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date:  06/03/2010                        By:   /s/ Richard M. Fogel
                                                        Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
312-276-1334

**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC 1}

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: LANDA, ROMAN | § | Case No. 09-37176 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*         $         15,003.03

*and approved disbursements of*              $            481.51

*leaving a balance on hand of* [1]            $         14,521.52

Claims of secured creditors will be paid as follows:

*Claimant*                                                      *Proposed Payment*
                         N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Trustee | RICHARD M. FOGEL | $ 2,250.30 | $ 8.32 |
| Attorney for trustee | SHAW GUSSIS FISHMAN GLANTZ | $ 2,562.00 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | POPOWCER KATTEN, LTD. | $ 924.50 | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*          *Fees*          *Expenses*

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,295.65 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 4P | ILLINOIS DEPARTMENT OF REVENUE | $ 4,295.65 | $ 4,295.65 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 89,880.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | PYOD LLC, as assignee of Citibank | $ 14,652.21 | $ 730.44 |
| 2 | Citibank NA as trustee for The Student Loan Corp. | $ 10,321.34 | $ 514.54 |
| 3 | American Express Centurion Bank | $ 64,410.29 | $ 3,210.99 |
| 4G | ILLINOIS DEPARTMENT OF REVENUE | $ 496.98 | $ 24.78 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant                              Allowed Amt. of Claim   Proposed Payment*
                              N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant                              Allowed Amt. of Claim   Proposed Payment*
                              N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/RICHARD M. FOGEL
                              Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: vbrown                Page 1 of 1                   Date Rcvd: Jun 04, 2010
Case: 09-37176                Form ID: pdf006             Total Noticed: 27

The following entities were noticed by first class mail on Jun 06, 2010.
db           +Roman Landa,    233 Neva Ave.,    Glenview, IL 60025-5007
aty          +Alexey Y Kaplan,    Kaplan Law Offices P C,    4043 West Dempster Street,    Skokie, IL 60076-2148
tr           +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfson,    321 N Clark Street  Suite 800,
               Chicago, IL 60654-4766
14541371      AT& T,   P.O. Box 8100,    Aurora, IL 60507-8100
14847362      American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
14541370     +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
14541372     +Bankunited,    7815 Nw 148th St,    Miami Lakes, FL 33016-1554
14541373      Bureau of Collection Recovery, Inc.,    PO Box 9001,    Minnetonka, MN 55345-9001
14541390    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
             (address filed with court: Washington Mutual Fa,    Po Box 1093,    Northridge, CA 91328)
14541374      Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
14541375     +Cbna,   1000 Technology Dr,    O Fallon, MO 63368-2239
14541376     +Cbna,   Po Box 769006,    San Antonio, TX 78245-9006
14541377     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
14541378     +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
14541379     +Citi/Edsouth,    99 Garnsey Rd,    Pittsford, NY 14534-4565
14541381      CitiBank,    PO Box 92350,    Albuquerque, NM 87199-2350
14819034     +Citibank NA as trustee for The Student Loan Corp.,     co Citibank South Dakota NA,
               701 E 60th Street North  MC2135,    Sioux Falls, SD 57104-0432
14541382     +DirectTV,    111 N. Canal Street,    Chicago, IL 60606-7218
14541383     +G M A C,    Po Box 105677,    Atlanta, GA 30348-5677
15487069      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
14541384     +Lexus Financial Servic,    12735 Morris Road Ext #,    Alpharetta, GA 30004-8903
14541385     +Ncb Ne Er,    4661 E Main St,    Columbus, OH 43213-3298
14813739     +PYOD LLC its successors and assigns as assignee of,     Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
14541386     +Pediatric Assoc.,    4500 Sheridan St,    Hollywood, FL 33021-3586
14541387     +Sallie Mae,    1002 Arthur Dr,    Lynn Haven, FL 32444-1683
14541388     +The Albert Law Firm, P.C.,    205 W. Randolph Street, Unit 920,    Chicago, IL 60606-1814
The following entities were noticed by electronic transmission on Jun 04, 2010.
14541389     +E-mail/Text: krishna.patel@vonage.com                            Vonage,    23 Main Street,
               Holmdel, NJ 07733-2136
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14541380*    +Citi/Edsouth,    99 Garnsey Rd,    Pittsford, NY 14534-4565
14819035*    +Citibank NA as trustee for The Student Loan Corp.,     co Citibank South Dakota NA,
               701 E 60th Street North  MC2135,    Sioux Falls, SD 57104-0432
                                                                                              TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 06, 2010**          **Signature:** _Joseph Speetjens_