# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: LANDA, ROMAN    § Case No. 09-37176
                      §
                      §
Debtor(s)             §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $7,725.00            Assets Exempt: $6,225.00

Total Distribution to Claimants: $8,778.49    Claims Discharged
                                              Without Payment: $75,591.42

Total Expenses of Administration: $6,226.63

3) Total gross receipts of $ 15,005.12 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $15,005.12 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,226.84 | 6,226.63 | 6,226.63 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 4,295.65 | 4,295.65 | 4,295.65 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 89,074.00 | 89,880.82 | 89,880.82 | 4,482.84 |
| **TOTAL DISBURSEMENTS** | $89,074.00 | $100,403.31 | $100,403.10 | $15,005.12 |

     4) This case was originally filed under Chapter 7 on October 06, 2009.
. The case was pending for 11 months.

     5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/01/2010          By: /s/RICHARD M. FOGEL
                                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Investment Condo: 5500 Lincoln Ave., Unit 411E | 1110-000 | 15,000.00 |
| Interest Income | 1270-000 | 5.12 |
| **TOTAL GROSS RECEIPTS** | | **$15,005.12** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 2,250.51 | 2,250.30 | 2,250.30 |
| RICHARD M. FOGEL | 2200-000 | N/A | 8.32 | 8.32 | 8.32 |
| SHAW GUSSIS FISHMAN GLANTZ | 3110-000 | N/A | 2,562.00 | 2,562.00 | 2,562.00 |
| POPOWCER KATTEN, LTD. | 3410-000 | N/A | 924.50 | 924.50 | 924.50 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 12.51 | 12.51 | 12.51 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | N/A | 469.00 | 469.00 | 469.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 6,226.84 | 6,226.63 | 6,226.63 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | N/A | 4,295.65 | 4,295.65 | 4,295.65 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 4,295.65 | 4,295.65 | 4,295.65 |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PYOD LLC , as assignee of Citibank | 7100-000 | 14,257.00 | 14,652.21 | 14,652.21 | 730.78 |
| Citibank NA as trustee for The Student Loan Corp. | 7100-000 | 10,407.00 | 10,321.34 | 10,321.34 | 514.78 |
| American Express Centurion Bank | 7100-000 | 64,410.00 | 64,410.29 | 64,410.29 | 3,212.49 |
| ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | N/A | 496.98 | 496.98 | 24.79 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 89,074.00 | 89,880.82 | 89,880.82 | 4,482.84 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-37176  
**Case Name:** LANDA, ROMAN  

**Trustee:** (330720)   RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 10/06/09 (f)  
**§341(a) Meeting Date:** 11/19/09  

**Period Ending:** 09/01/10  

**Claims Bar Date:** 02/22/10  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Investment Condo: 5500 Lincoln Ave., Unit 411E  (See Footnote) | 125,000.00 | 13,801.00 | | 15,000.00 | FA |
| 2 | Cash on hand | 100.00 | 0.00 | DA | 0.00 | 0.00 |
| 3 | Financial accounts, financial institution shares | 750.00 | 0.00 | DA | 0.00 | 0.00 |
| 4 | Financial accounts, financial institution shares | 175.00 | 0.00 | DA | 0.00 | 0.00 |
| 5 | Financial accounts, financial institution shares | 200.00 | 0.00 | DA | 0.00 | 0.00 |
| 6 | Security deposits | 1,500.00 | 0.00 | DA | 0.00 | 0.00 |
| 7 | Household goods and furnishings | 2,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 8 | Wearing apparel | 500.00 | 0.00 | DA | 0.00 | 0.00 |
| 9 | IRA, ERISA, Keogh, pension, profit sharing plan | 500.00 | 0.00 | DA | 0.00 | 0.00 |
| 10 | Stock and interests in businesses | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 11 | Autos, trucks, trailers, other vehicles, access. | 2,000.00 | 0.00 | DA | 0.00 | 0.00 |
| Int | INTEREST  (u) | Unknown | N/A | | 5.12 | FA |
| 12 | Assets    Totals (Excluding unknown values) | **$132,725.00** | **$13,801.00** | | **$15,005.12** | **$0.00** |

RE PROP# 1     Jointly owned with non-debtor spouse.  Sale of estate's interest approved by o/c 1-14-10.

**Major Activities Affecting Case Closing:**

Motion to sell real property set for hearing on 1-14-10

**Initial Projected Date Of Final Report (TFR):**     June 30, 2010        **Current Projected Date Of Final Report (TFR):**     June 3, 2010  (Actual)

Printed: 09/01/2010 06:28 AM     V.12.52

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-37176 | | **Trustee:** | RICHARD M. FOGEL (330720) |
| **Case Name:** | LANDA, ROMAN | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****89-65 - Money Market Account |
| **Taxpayer ID #:** | **-***9142 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 09/01/10 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/09/09 | {1} | KAPLAN LAW OFFICES | Purchase of right, title and interest in condo (in trust pending entry of sale order) | 1110-000 | 15,000.00 | | 15,000.00 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 15,000.42 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.59 | | 15,001.01 |
| 02/10/10 | | To Account #********8966 | Account Transfer | 9999-000 | | 12.51 | 14,988.50 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.57 | | 14,989.07 |
| 03/29/10 | | To Account #********8966 | Account Transfer | 9999-000 | | 469.00 | 14,520.07 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.67 | | 14,520.74 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.09 | | 14,520.83 |
| 04/06/10 | | Wire out to BNYM account 9200******8965 | Wire out to BNYM account 9200******8965 | 9999-000 | -14,520.83 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 481.51 | 481.51 | $0.00 |
| | | | Less: Bank Transfers | | -14,520.83 | 481.51 | |
| | | | **Subtotal** | | 15,002.34 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,002.34** | **$0.00** | |

{} Asset reference(s)

Printed: 09/01/2010 06:28 AM V.12.52

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-37176  
**Case Name:** LANDA, ROMAN  

**Taxpayer ID #:** **-***9142  
**Period Ending:** 09/01/10

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****89-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/10/10 |  | From Account #********8965 | Account Transfer | 9999-000 | 12.51 |  | 12.51 |
| 02/11/10 | 101 | INTERNATIONAL SURETIES, LTD. | Bond Premium | 2300-000 |  | 12.51 | 0.00 |
| 03/29/10 |  | From Account #********8965 | Account Transfer | 9999-000 | 469.00 |  | 469.00 |
| 03/30/10 | 102 | ILLINOIS DEPARTMENT OF REVENUE | 54-6879142/ IL-1041-V 2010 | 2820-000 |  | 469.00 | 0.00 |
|  |  |  | **ACCOUNT TOTALS** |  | 481.51 | 481.51 | $0.00 |
|  |  |  | Less: Bank Transfers |  | 481.51 | 0.00 |  |
|  |  |  | **Subtotal** |  | 0.00 | 481.51 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$0.00** | **$481.51** |  |

{} Asset reference(s)    Printed: 09/01/2010 06:28 AM    V.12.52

Exhibit 9

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

| Case Number: | 09-37176 | | Trustee: | RICHARD M. FOGEL (330720) |
| Case Name: | LANDA, ROMAN | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******89-65 - Money Market Account |
| Taxpayer ID #: | **-***9142 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/01/10 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********8965 | Wire in from JPMorgan Chase Bank, N.A. account ********8965 | 9999-000 | 14,520.83 | | 14,520.83 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.69 | | 14,521.52 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.86 | | 14,522.38 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.84 | | 14,523.22 |
| 07/15/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.39 | | 14,523.61 |
| 07/15/10 | | To Account #9200******8966 | Close account and transfer for final distributions | 9999-000 | | 14,523.61 | 0.00 |
| | | | ACCOUNT TOTALS | | 14,523.61 | 14,523.61 | $0.00 |
| | | | Less: Bank Transfers | | 14,520.83 | 14,523.61 | |
| | | | Subtotal | | 2.78 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $2.78 | $0.00 | |

{} Asset reference(s)                                         Printed: 09/01/2010 06:28 AM   V.12.52

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 09-37176 | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|
| Case Name: | LANDA, ROMAN | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******89-66 - Checking Account |
| Taxpayer ID #: | **-***9142 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/01/10 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/15/10 | | From Account #9200******8965 | Close account and transfer for final distributions | 9999-000 | 14,523.61 | | 14,523.61 |
| 07/16/10 | 10103 | SHAW GUSSIS FISHMAN GLANTZ | Attorney for Trustee Fees | 3110-000 | | 2,562.00 | 11,961.61 |
| 07/16/10 | 10104 | POPOWCER KATTEN, LTD. | Accountant for Trustee Fees | 3410-000 | | 924.50 | 11,037.11 |
| 07/16/10 | 10105 | ILLINOIS DEPARTMENT OF REVENUE | 100.00% dividend on Priority Claim # 4P | 5800-000 | | 4,295.65 | 6,741.46 |
| 07/16/10 | 10106 | PYOD LLC , as assignee of Citibank | 4.98% dividend on Claim # 1, Ref: 5410-6543-9598-3916 | 7100-000 | | 730.78 | 6,010.68 |
| 07/16/10 | 10107 | Citibank NA as trustee for The Student Loan Corp. | 4.98% dividend on Claim # 2, Ref: 32188173720 | 7100-000 | | 514.78 | 5,495.90 |
| 07/16/10 | 10108 | American Express Centurion Bank | 4.98% dividend on Claim # 3, Ref: 3499905604763373 09-M1-13 | 7100-000 | | 3,212.49 | 2,283.41 |
| 07/16/10 | 10109 | ILLINOIS DEPARTMENT OF REVENUE | 4.98% dividend on Claim # 4G, Ref: | 7100-000 | | 24.79 | 2,258.62 |
| 07/16/10 | 10110 | RICHARD M. FOGEL | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 2,258.62 | 0.00 |
| | | | Dividend paid 100.00%    2,250.30 on $2,250.30;  Claim# ; Filed: $2,250.51 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    8.32 on $8.32;  Claim# ; Filed: $8.32 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 14,523.61 | 14,523.61 | **$0.00** |
| | | | Less: Bank Transfers | | 14,523.61 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 14,523.61 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$14,523.61** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****89-65 | 15,002.34 | 0.00 | 0.00 |
| Checking # ***-*****89-66 | 0.00 | 481.51 | 0.00 |
| MMA # 9200-******89-65 | 2.78 | 0.00 | 0.00 |
| Checking # 9200-******89-66 | 0.00 | 14,523.61 | 0.00 |
| | **$15,005.12** | **$15,005.12** | **$0.00** |

{} Asset reference(s)                                                                                                            Printed: 09/01/2010 06:28 AM    V.12.52

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 09-37176 | **Trustee:** | RICHARD M. FOGEL (330720) |
| **Case Name:** | LANDA, ROMAN | **Bank Name:** | The Bank of New York Mellon |
| | | **Account:** | 9200-******89-66 - Checking Account |
| **Taxpayer ID #:** | **-***9142 | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 09/01/10 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |